DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GUY MORTIMER,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2189

[January 27, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara R. Duffy, Judge; L.T. Case No. 07-012912-CF-10C.

Guy Mortimer, Arcadia, pro se.

Ashley Moody, Attorney General, Tallahassee, and Jonathan Picard, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CONNER, C.J., GERBER and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***